**(124 P3d 633)**

# IN THE COURT OF APPEALS OF THE STATE OF OREGON

| | |
|---|---|
| MARGO DEW, | ) Columbia County |
| | ) Circuit Court |
| Plaintiff-Appellant, | ) No. 01-2080 |
| | ) |
| | ) CA A123026 |
| v. | ) |
| | ) **Order Allowing** |
| CITY OF SCAPPOOSE, | ) **Petition for** |
| a municipal corporation, and | ) **Reconsideration** |
| James D. Huffman, in his | ) **and Vacating** |
| personal capacity, | ) **Decision Issued** |
| | ) **October 19, 2005** |
| | ) |
| Defendants-Respondents. | ) |

On October 19, 2005, this Court issued a decision affirming this case without opinion. Appellant has filed a petition for reconsideration of this decision.

The petition for reconsideration is allowed. The decision of October 19, 2005, is vacated. This case is now under advisement with the Court.

Robert Wollheim
Presiding Judge
November 30, 2005
Date